IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN CHESKY,<br>Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., et al.,<br>Defendants. | Case No.: 1:22-cv-01417-FJS-CFH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Frederick J. Scullin, Jr. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and whereas no party is an infant or incompetent and no person not a party to this matter has an interest in the subject matter of this action, Plaintiff hereby dismisses all claims asserted in this litigation with prejudice. Each party shall bear its own costs, expenses, and fees.

**BARNES & THORNBURG LLP**

By: /s/ James F. Murdica
James F. Murdica
390 Madison Ave., 12th Floor
New York, NY 10017
(312) 214-4869
jmurdica@btlaw.com

*Counsel for Defendants*
Dated: April 20, 2023

**FORESTER HAYNIE PLLC**

By: /s/ Jesse Forester
Jesse Forester
400 North Saint Paul Street, Suite 700
Dallas, TX 75201
(214) 210-2100
jay@foresterhaynie.com

*Counsel for Plaintiff*
Dated: April 20, 2023

Date: April 21, 2023

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge